# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | | |
|---|---|---|
| M.G., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO. 4:22-CV-15-CDL-MSH |
| | : | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, | : | |
| | : | |
| Respondent. | : | |

## ORDER

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on January 21, 2022 (ECF No. 1). Respondent timely filed a return on January 26, 2022 (ECF No. 4). In the return, Respondent requests an extension of time to file a comprehensive response to Petitioner's habeas application. Resp't's Return 3, ECF No. 4. The Court finds good cause to grant Respondent's request for an extension of time. Respondent has thirty (30) days from today to file a comprehensive response to the above captioned habeas application. Within fifteen (15) days thereafter, Petitioner should file a reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 26th day of January, 2022.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE